**Order entered October 3, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00923-CV**

### QUALIZEAL, INC., PRADEEP GOVINDASAMY, AND KALYANA ROA KONDA, Appellants

**V.**

### CIGNITI TECHNOLOGIES, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17023**

### ORDER

Before the Court is court reporter Terri Etekochay's September 30, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than October 10, 2022. *See* TEX. R. APP. P. 35.3(c).

/s/ KEN MOLBERG
JUSTICE